IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MATTHEW TEDESCO, and JAN TEDESCO <br><br> Plaintiffs, <br><br> vs. <br><br><br> STATE FARM FIRE AND CASUALTY COMPANY, and HAIER US APPLIANCE SOLUTIONS d/b/a GE APPLIANCES, INC. <br><br> Defendants. | Cause No.6:25-CV-00046-JTJ <br><br><br><br><br><br><br><br> **ORDER** |

      Plaintiffs having filed a Motion for Default Judgment, and Defendant, Haier US Appliance Solutions d/b/a GE Appliances, Inc., not having replied, the Court having reviewed the record and being otherwise advised on the premises, it is hereby ORDERED:

      1.    The Defendant, Haier US Appliance Solutions d/b/a GE Appliances, Inc., is declared to be in default;

      2.    The Plaintiffs shall recover from the Defendant, Haier US Appliance Solutions d/b/a GE Appliances, Inc., costs of suit and reasonable attorneys' fees to be determined at the hearing of this Motion;

3. The Plaintiffs shall recover from the Defendant, Haier US Appliance Solutions d/b/a GE Appliances, Inc., pre-judgment interest and post judgment interest to be determined at the hearing of this Motion;

4. The Plaintiffs shall recover compensatory damages for property damage to be determined at the hearing of this Motion;

5. The Judgment shall bear interest at the rate of ten and a half percent (10.50%) per annum from the date of judgement until fully paid; and

6. There being no just reason for delay, this Judgement is final, and the Plaintiffs are granted the right of immediate execution.

DATED this 4th day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Courts